# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 24-10739
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
June 3, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Alex Alvarez,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-98-1

―――――――――――――――――――――

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Alex Alvarez pleaded guilty to possessing a firearm as a convicted felon and was sentenced to 25 months of imprisonment with two years of supervised release. On appeal, he argues that his statute of conviction, 18 U.S.C. § 922(g)(1), violates the Second Amendment as applied to him in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), and

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10739

*United States v. Diaz*, 116 F.4th 458 (5th Cir. 2024), *petition for cert. filed* (U.S. Feb. 24, 2025) (No. 24-6625).[1]

His unpreserved as-applied challenge fails on plain error review because he has not shown that applying § 922(g)(1) based on his prior felonies amounts to clear or obvious error. *See United States v. Cisneros*, 130 F.4th 472, 476–77 (5th Cir. 2025).

AFFIRMED.

_____

[1] Alvarez contends in the alternative that *Diaz* was wrongly decided and that § 922(g)(1) is facially unconstitutional. This argument is foreclosed. *See Diaz*, 116 F.4th at 471–72.